UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY ELLEN MERIWETHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13-CV-424-CDP |
| ) | |
| BEVERLY HILLS GROCERY ) | |
| AND LIQUOR, et al., ) | |
| ) | |
| Defendants. ) | |

### **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion of for appointment of counsel [Doc. #4].  The motion will be denied without prejudice.

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). When determining whether to appoint counsel for an indigent litigant, the Court considers relevant factors, such as the complexity of the case, the ability of the pro se litigant to investigate the facts, the existence of conflicting testimony, and the ability of the pro se litigant to present his or her claim.  *Id.*

After reviewing these factors, the Court finds that the appointment of counsel is not warranted at this time.  This case is neither factually nor legally complex.

Moreover, it is evident that plaintiff is able to present her claims, because the Court has ordered defendants to respond to plaintiff's claims. Consequently, the motion shall be denied at this time, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [Doc. #4] is **DENIED**, without prejudice.

Dated this 29th day of May, 2013.

_Catherine D. Perry_
UNITED STATES DISTRICT JUDGE